**GRANTED, and Count One of the Indictment is DISMISSED and the August 17, 2010 trial date on Count One is VACATED.**

*/s/ Thomas A. Wiseman Jr.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **3:09-cr-00016** |
| | ) | **Judge Wiseman** |
| **MACARDELL DOBBINS** | ) | |

## GOVERNMENT'S MOTION TO DISMISS CHARGE

COMES NOW the United States of America, by and through its counsel, Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Scarlett M. Singleton, Assistant United States Attorney, and, based on the jury verdict of guilty as to Count Two of the Indictment in the above-styled case, respectfully moves this Honorable Court to dismiss Count One of the Indictment pursuant to Federal Rule of Criminal Procedure 48(a).

Respectfully submitted this the 2nd day of August, 2010.

JERRY E. MARTIN
United States Attorney

*/s/*  _____
SCARLETT M. SINGLETON
Assistant United States Attorney